HENRY G. MASON et al., Appellants and Respondents, *v.* DORSEY RICHARDSON et al., Defendants; ISAAC D. LEVY, Respondent and Appellant, and PAUL W. KESTEN et al., Respondents.

Argued March 12, 1942; decided July 29, 1942.

*Bernard Hershkopf, Edward Menden, Joel Per* and *Manuel Tancer* for plaintiffs, appellants and respondents.

*George Z. Medalie, Godfrey Goldmark, Max Freund* and *Louis W. Bookheim, Jr.,* for defendants-respondents and for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.